Seth J. Adams, Esq.
Nevada Bar No. 11034
WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Telephone: 775-688-3000
Fax: 775-688-3088
sadams@woodburnandwedge.com

Linda Bondi Morrison, Esq. (*pro hac vice forthcoming*)
lmorrison@tresslerllp.com
TRESSLER LLP
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: (949) 336-1200
Facsimile: (949) 752-0645

Erich S. Buck, Esq. (*pro hac vice forthcoming*)
ADELMAN & GETTLEMAN, LTD.
Illinois Bar No. 6274635
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604
Telephone: (312) 435-1050
Email: ebuck@ag-ltd.com

Attorneys for Plaintiff Great American E&S Insurance Company

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>REAL WATER, INC. and AFFINITYLIFESTYLES.COM, INC.,<br><br>Defendants. | Case No. 2:26-cv-02021-GMN-DJA<br><br>Bankruptcy Case No. BK-21-14099-NMC<br><br>Adv. Proc. No. 26-01085-NMC<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS** |

**PLEASE TAKE NOTICE** that Plaintiff, GREAT AMERICAN E&S INSURANCE COMPANY, does hereby substitute SETH J. ADAMS, ESQ. of WOODBURN AND WEDGE, as its attorneys of record, in the place and stead of SHEA LARSEN PC, in the above-referenced action.

**CONSENT TO SUBSTITUTION**

SHEA LARSEN PC hereby consents to the above substitution.

DATED this 16th day of July, 2026

SHEA LARSEN PC

/s/ Bart K. Larsen
Bart K. Larsen, Esq.
Nevada Bar No. 8538
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 741-7432

WOODBURN AND WEDGE hereby consents to the above substitution.

Dated this 17th day of July, 2026.

WOODBURN AND WEDGE

/s/ Seth J. Adams
SETH J. ADAMS, ESQ.
Nevada Bar No. 11034
6100 Neil Road, Ste. 500
Reno, Nevada 89511
775-688-3000

**ACCEPTANCE OF SUBSTITUTING ATTORNEY**

WOODBURN AND WEDGE hereby accepts the above substitution of counsel and acknowledges responsibility for all pending dates and deadlines in the above-referenced matter.

Dated this 17th day of July, 2026.

WOODBURN AND WEDGE

/s/Seth J. Adams
SETH J. ADAMS, ESQ.
Nevada Bar No. 11034
6100 Neil Road, Ste. 500
Reno, Nevada 89511
775-688-3000

///

///

///

Plaintiff GREAT AMERICAN E&S INSURANCE COMPANY hereby consents to this substitution of attorneys.

Dated this 17th day of July, 2026.

/s/ Jean Staffo
GREAT AMERICAN E&S INSURANCE COMPANY

Name: Jean Staffo

Title: Claims Technical Director

**APPROVED:**

DATED this 20th day of July, 2026.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of the Law Office of Woodburn and Wedge, am over the age of eighteen years, and not a party to the within action. My business address is 6100 Neil Road, Suite 500, Reno, Nevada 89511. That on the date below, I served a true and correct copy of the foregoing document(s) described as **NOTICE OF SUBSTITUTION OF ATTORNEYS** as follows:

**[X]** **By Electronic Service – CM/ECF**: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered EC/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

[ ] By Mail: I enclose the document(s) in a sealed envelope with postage fully prepaid addressed to the persons at the address listed below and placed the envelope for collection and mailing, following our ordinary business practices.

[ ] By electronic mail (e-mail) to the following e-mail addresses:

[ ] Federal Express or other overnight delivery

DATED this 17th day of July, 2026.

*/s/Mele D. Puletau*
An Employee of Woodburn and Wedge

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000